

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

October 14, 2022

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2022**

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Chalas v. Antonelli's Cheese LLC*; <u>Case No. 1:22-cv-03919 (KPF)(RWL)</u>

Dear Magistrate Judge Lehrburger:

We represent plaintiff Ana Chalas ("Plaintiff") in the above-referenced matter.  We respectfully write, with the consent of defendant Antonelli's Cheese LLC, to request an adjournment and rescheduling of the Settlement Conference scheduled for October 20, 2022, at 9:30 am.  *See* Docket No. 18.  Plaintiff has recently changed jobs and as a result her schedule has been adjusted and she is unable to attend the originally scheduled conference. Defendant consents to this request and no party has sought an adjournment and rescheduling of the Settlement Conference previously.

We thank the Court for its consideration of the above request.

Respectfully submitted,
/s/ Edward Y. Kroub
EDWARD Y. KROUB

cc:  All Counsel of Record (via ECF)

Request granted. The settlement conference will be rescheduled.

SO ORDERED:

10/14/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE