UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA CHALAS, *individually and on behalf of all others similarly situated*,<br><br>                                   Plaintiff,<br><br>                    -v.-<br><br>ANTONELLI'S CHEESE, LLC,<br><br>                                   Defendant. | 22 Civ. 3919 (KPF) (RWL)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the settlement conference scheduled for January 23, 2023, in front of Magistrate Judge Lehrburger (Dkt. #24), the post-fact discovery conference currently scheduled for January 13, 2023, is hereby ADJOURNED *sine die.*

SO ORDERED.

Dated:    January 5, 2023
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge